AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Michael R. | U.S.C.A. 10th Circuit | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐  Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Bennett Federal Bldg., Room 5438
125 South State Street
Salt Lake City, UT 84138-1181

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. See VIII | Utah Judicial Retirement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/28/2014 | Annuity - State of Utah Judicial Retirement Plan. The income shown is the annual distribution -- See Section VIII | $47,430.43 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 07/29/2014 to 07/30/2014 | San Francisco, CA | Bad Faith Litigation Forum -- speaker/participant | transportation, lodging & meals |
| 2. | U.S. Courts | 11/05/2014 to 11/07/2014 | Washington, DC | FJC Symposium for Court of Appeals Judges | transportation, lodging & meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WF PMA premier ckg | A | Interest | K | T | | | | | |
| 2. WF Money Market Prime Checking Acct. | A | Interest | J | T | | | | | |
| 3. Wells Fargo IRA Brokerage Acct (including) | D | Dividend | N | T | | | | | |
| 4. -- IOO I Shares TR S&P Global Index Fund | B | Dividend | K | T | | | | | |
| 5. -- IJR I Shares TR S&P Smallcap 600 Index Fund | A | Dividend | L | T | Sold (part) | 12/02/14 | K | D | |
| 6. -- EZU I Shares Inc. MSCI EMU Index Fund | A | Dividend | K | T | Sold (part) | 12/02/14 | J | B | |
| 7. -- IVW I Shares S&P 500 Growth Index Fund I Shares Trust | B | Dividend | L | T | Sold (part) | 12/02/14 | K | D | |
| 8. -- SPY SPDR S&P 500 ETF Trust Unit | A | Dividend | K | T | | | | | |
| 9. -- MDY SPDR S&PMidcap 400 ETF Trust | A | Dividend | L | T | | | | | |
| 10. -- VWO Vanguard Int'l Equity Index Fund Emerging Markets | A | Dividend | K | T | | | | | |
| 11. -- EFA IShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 12. -- WPS IShares S&P Developed EX-US property index fund | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 13. -- EMB IShares JP Morgan ETF Emerging Markets Bond Fd | A | Dividend | J | T | | | | | |
| 14. -- CIU IShares Barclays ETF Intermediate Credit Bond Fund | A | Dividend | K | T | Buy (add'l) | 12/02/14 | J | | |
| 15. -- PCY Powershares EM MAR ETF SOV DE PT | A | Dividend | J | T | | | | | |
| 16. -- PHB Powershares High Yld ETF Corporate Bond Portfolio | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 17. -- BSV Vanguard Short Term Bond ETF | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Standard Brokerage Account (including) | C | Dividend | M | T | | | | | |
| 19. -- Ishare S&P 500 value index fd IVE | A | Dividend | L | T | | | | | |
| 20. --Ishare S&P 500 Growth IVW | B | Dividend | K | T | | | | | |
| 21. --IJT IShares S&P Small Cap 600 Growth (x) | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 22. --IJS IShares S&P Small Cap 600 Value (x) | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 23. --IJJ IShares S&P Midcap 400 Value (x) | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 24. --IJK IShares S&P Midcap 400 Growth (x) | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 25. --CIU IShares Intermediate Credit Bond (x) | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 26. --JNK SPDR Barclays High Yield Bond (x) | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 27. --VWO Vanguard Intl Equity Index FDS Emerging (x) | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 28. --VNQ Vanguard Reit (x) | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 29. --VEA Vanguard FTSE Developed Markets (x) | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 30. -- Cash & Sweep Funds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III: Non-Investment Income

As of the date of my resignation from the Third District Court, State of Utah, in October 1995, I had accumulated nine years in the state judicial retirement plan. In February 2009 I transferred funds from the Wells Fargo IRA to purchase an additional year, bringing my total years to ten. That qualified me to receive benefits when I reached the age of 62 in August 2009. This is an annuity type plan. In 2014 I received monthly payments from the Utah State Judicial Retirement Plan for a total of $47,430.43.

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R. | 05/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Murphy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544